UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
SHERRY KRAPF and JULIA MORASCO,     INDEX NO. 11-CV-6549 (KPF)
on behalf of themselves and other similarly
situated individuals,     NOTICE OF PLAINTIFFS' MOTION
    FOR FINAL APPROVAL OF CLASS
          Plaintiffs,     ACTION SETTLEMENT

    v.

FOURTH WALL RESTAURANTS, LLC
d/b/a QUALITY MEATS RESTAURANT,
and MICHAEL STILLMAN,

          Defendants.

---------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Christopher Walsh, and Declaration of Matthew Kadushin and attached materials, Plaintiffs Sherry Krapf and Julia Morasco, by his undersigned attorneys, will and hereby does move this Court before the Honorable Hon. Katherine Polk Failla, U.S.D.J., the United States District Court of New York, 40 Foley Square, New York, New York 10007, for an Order granting final approval of a class action settlement.

Dated: New York, New York     Respectfully submitted,
        April 11, 2014

                                                JOSEPH & KIRSCHENBAUM LLP

                                                __/s/ Matthew D. Kadushin_____
                                                 Matthew D. Kadushin
                                                 Maimon Kirschenbaum
                                                 233 Broadway, 5th Floor
                                                 New York, NY 10279
                                                 (212) 688-5640
                                                 (212) 688-2548 (fax)
                                                 *Attorneys for Plaintiffs and class*